UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL COLBERT, <br><br> Plaintiff, <br><br> v. <br><br> RPM TRANSPORTATION, INC., WILLIAM VASQUEZ; RICHARD GILL; JOHN CONE; BNSF RAILWAY COMPANY; and NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Defendants. | 2:07-cv-02647-GEB-EFB <br><br> ORDER |

On March 17, 2008, the parties filed a Joint Status Report in which Plaintiff agreed to dismiss Defendants National Railroad Passenger Corporation ("Amtrak"), BNSF Railway Company ("BNSF"), John Cone ("CONE") and Richard Gill ("GILL") and stated this action should be remanded after said dismissal for lack of jurisdiction. On March 18, 2008, the parties filed a "Stipulation and Order of Dismissal," effectuating the dismissal of Amtrak, BNSF, Cone and Gill. Since these Defendants have been dismissed, this action is remanded to Superior Court of the State of California in the County of San Joaquin.

IT IS SO ORDERED.

Dated:  March 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge